UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Joel Schneider |
| v. | : | |
| In the Matter of the Search of<br>3320 Pelham Place<br>Camden, NJ 08105 | : <br><br> : | 13-2088 (JS)<br><br>UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Diana Carrig, Assistant United States Attorney, appearing) for an order that the Search and Seizure Warrant and all supporting documents filed therewith in the above-captioned matter be unsealed; and for good cause having been shown,

IT IS on this 6th day of February, 2014,

ORDERED that the Search and Seizure Warrant and supporting documents filed in the above-captioned matter are hereby unsealed.

_____
HONORABLE JOEL SCHNEIDER
United States Magistrate Judge